THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARKLIN OPERATING CORPORATION v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Constituting the Board of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEPEL HIGH FREQUENCY LABORATORIES, INC., v. ECCO HIGH FREQUENCY CORP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOS. RIEDEL GLASS WORKS, INC., v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and MAURICE A. FITZGERALD.— Motion for resettlement of order entered February 7, 1941, and for leave to appeal to the Court of Appeals from said order in the event plaintiff's motion is granted, denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOS. RIEDEL GLASS WORKS, INC., v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and MAURICE A. FITZGERALD.— Motion to resettle order of this court entered February 7, 1941, and for leave to appeal to the Court of Appeals, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CITY CONSTRUCTION CORPORATION v. SAUL M. DUBOV.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TRANSIT BUILDING, INC., v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JANE F. WHITAKER, Individually, and as Executrix of the Last Will of EDWARD V. WHITAKER, Deceased, and BARBARA J. WHITAKER, NORMA L. WHITAKER and JOHN V. WHITAKER, Infants, by JANE F. WHITAKER, as Their Guardian ad Litem, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Unte myer, JJ.

JOSEPHINE PARKAS v. PETER PARKAS.— Motion for a reconsideration of the appeal herein de novo and for a recall of the order of this court entered on the 18th day of October, 1940, and for other relief, denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See 260 App. Div. 858; Id. 909.]

BERNARD E. SINGER and MORTON L. SINGER, as Administrators, etc., and Others v. FLOYD L. CARLISLE and Others, Impleaded, etc., MORGAN STANLEY & Co., INC., Impleaded, etc., J. P. MORGAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application to Compel Payment in the Estate of JOSEPH FISCHER, Deceased. EMANUEL FISCHER and MILDRED SCHRAM GOLDEN. LELIA F. DUNLAP, as Executrix, etc.— Motion for reargument of the appeal and for other relief denied without prejudice to any appropriate proceeding in the Surrogate's Court. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.